Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**RARE HOSPITALITY MANAGEMENT,**
**INC.**, a Delaware corporation,

    Plaintiff,

vs.        CASE NO. 4:04-CV-026-SPM

**J. ALLEN STILES, JR., and VONCILLE**
**M. STILES IRREVOCABLE TRUST**
**NO. 2, DATED FEBRUARY 6, 1979,**
a Florida irrevocable trust, *et al.*,

    Defendants.
_____/

## ORDER DISMISSING CASE

Pursuant to the parties' "Joint Stipulation for Dismissal With Prejudice" (doc. 43) filed May 3, 2005 and Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby

**ORDERED AND ADJUDGED** as follows:

1. This action is dismissed with prejudice.

2. Each party shall bear its own attorney's fees and costs.

3. All pending motions are denied as moot.

**DONE AND ORDERED** this <u>fourth</u> day of May, 2005.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        United States District Judge

/pao